Donald R. Fischbach #053522
Stephanie Hamilton Borchers #192172
DOWLING AARON INCORPORATED
8080 North Palm Avenue, Third Floor
P.O. Box 28902
Fresno, California 93729-8902
Tel: (559) 432-4500
Fax: (559) 432-4590
Email: dfischbach@dowlingaaron.com /sborchers@dowlingaaron.com

Attorneys for Plaintiff PATRICK A. GOLDEN, M.D.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK A. GOLDEN, M.D., <br><br> Plaintiff, <br><br> v. <br><br> AIG BENEFIT SOLUTIONS, THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK, and DOES 1 through 25, inclusive, <br><br> Defendants. | Case No. 1:17-cv-00264-LJO-SKO <br><br> STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE <br><br> (Doc. 18) |

IT IS HEREBY STIPULATED by and between Plaintiff PATRICK A. GOLDEN, M.D. and Defendant THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK, the parties who have appeared in this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), dismiss this action with prejudice.

Dated: November 5, 2017    DOWLING AARON INCORPORATED

By: /s/ Donald R. Fischbach
Donald R. Fischbach
Stephanie Hamilton Borchers
Attorneys for Plaintiff PATRICK A. GOLDEN, M.D.

Dated: November 5, 2017    MAYNARD, COOPER & GALE, LLP

By: /s/ Tara L. Blake
Linda B. Oliver
Tara L. Blake
Attorneys for Defendants
THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK

# ORDER

Based on the parties' above Stipulation for Dismissal with Prejudice (Doc. 18), this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **November 5, 2017**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE